UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>　　Plaintiff, | )<br>)<br>)<br>) |
| v. | ) Case No. 5:11-cv-00039-D<br>) |
| KIMBERLY J. DAVIS, f/k/a Kimberly J. Buenting Bungart<br>　　Defendant | )<br>)<br>)<br>) |

## JUDGMENT

Plaintiff has requested a default judgment in this case against the Defendant, Kimberly J. Davis, f/k/a Kimberly J. Buenting Bungart. The Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure. The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's request is well-founded and should be granted. IT IS, THEREFORE,

ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment from and against Defendant, KIMBERLY J. DAVIS, f/k/a Kimberly J. Buenting Bungart, for the following:

1.　　$62,663.07 (representing $59,651.80 in unpaid principal, and accrued, unpaid interest of $3,011.27 through April 5, 2011), plus prejudgment interest at the rate of $5.30 per day from April 6, 2011 until the date of judgment.

2.　　Post-judgment interest is awarded on the foregoing sums at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during

the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent; and

    3.    All costs of court.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

SIGNED and ENTERED this __20__ day of __July__, 2011.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE
                                                    EASTERN DISTRICT OF NORTH CAROLINA